No. 5,814. — STATE, RESPONDENT, *v.* PAT RODDY, APPELLANT.

*Appeal from District · Court, Flathead County; C. W. Pomeroy, Judge.*

Decided October 19, 1925.

PER CURIAM.—Pursuant to praecipe for dismissal of appeal herein filed by counsel for appellant, the appeal is ordered dismissed.

*Mr. T. H. McDonald,* for Appellant.